UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARYL ROGERS,

        Plaintiff,

v.

SGT. HOWARD, et al.,

        Defendants.

Case No. 3:21-cv-05311-BJR-TLF

ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF

This matter comes before the Court on defendants' motion to file overlength briefing in support of their motion for summary judgment (Dkt. 54). In light of the volume of claims and defendants in this case, defendants seek leave to file an additional ten pages of briefing in support of their upcoming dispositive motion.

The Court GRANTS defendants' motion. Defendants' motion for summary judgment shall not exceed 34 pages. Plaintiff may likewise file a response to defendants' motion that shall not exceed 34 pages. Defendants' reply shall not exceed 17 pages.

The Court also notes that plaintiff has filed a motion to extend the discovery deadline in this case, which is not yet ripe for consideration. Dkt. 56. If the motion were to be granted, the current September 7, 2022 deadline for filing dispositive motions would also be affected. In order to avoid a potentially premature filing, the Court

ORDER GRANTING MOTION TO FILE OVERLENGTH
BRIEF - 1

1 | temporarily SUPSENDS the dispositive motion deadline and will set a new deadline
2 | when plaintiff's motion to extend discovery is decided.
3 |     Dated this 1st day of September 2022.
4
5
6 | *Theresa L. Fricke*
7 | Theresa L. Fricke
   United States Magistrate Judge

ORDER GRANTING MOTION TO FILE OVERLENGTH BRIEF - 2