UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARYL ROGERS,<br><br>               Plaintiff,<br>    v.<br>SGT. HOWARD, et al.,<br><br>               Defendants. | Case No. 3:21-cv-05311-BJR-TLF<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME |

    This matter comes before the Court on plaintiff's motion for extension of time to respond to defendants' motion for summary judgment (Dkt. 83). Dkt. 104. Plaintiff is proceeding in this action *pro se* and *in forma pauperis*. Plaintiff requests a 90-day extension for additional time to research and prepare a response to defendants' motion because he is facing impending deadlines in this case and in his criminal appeal. *Id*. Defendants do not object to the extension. Dkt. 105.

    Based on the foregoing, the Court finds good cause to grant plaintiff an extension of time. Plaintiff may file with the Court his response to defendant's motion for summary judgment by **July 5, 2023.** The Clerk is directed to re-note defendants' motion for summary judgment (Dkt. 83) to July 9, 2023.

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME - 1

Dated this 7th day of April, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR
EXTENSION OF TIME - 2